**No. 39787.**—Protests 360501–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by Dallinger, J.   It was stipulated that the merchandise consists of atomizers, photo frames, dropper sets comprising one atomizer, one dropper, and one powder box, and thimbles chiefly used in the household for utilitarian purposes or hollow ware.   The claim at 40 percent under paragraph 339 was therefore sustained.